# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                        §
                                              §
HDO GLASS, INC.                               §        Case No. 11-43787 LMI
                                              §
            Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MARCIA T. DUNN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on            .  The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MARCIA T. DUNN, TRUSTEE _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Banco Popular North America | | | | | |
| | Rosemont Headquarters | | | | | |
| | 9500 W. Bryn Mawr | | | | | |
| | Des Plaines, IL 60018 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARCIA T. DUNN, TRUSTEE | | | | | |
| MARCIA T. DUNN, TRUSTEE | | | | | |
| INTEGRITY SERVICES USA | | | | | |
| BANK OF AMERICA | | | | | |
| UNION BANK | | | | | |
| TABAS FREEDMAN SOLOFF BROWN RIGALI | | | | | |
| TABAS, FREEDMAN, SOLOFF, MILLER & B | | | | | |
| TABAS FREEDMAN SOLOFF BROWN RIGALI | | | | | |
| TABAS, FREEDMAN, SOLOFF, MILLER & B | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KENNETH P. HUTNICK | | | | | |
| KENNETH P. HUTNICK | | | | | |
| STAMPLER AUCTIONS, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bevel Master of Miami, Inc. 9045 NW 13th Terrace Miami, FL 33172-2906 | | | | | |
| | Comcast 18601 NW 2nd Avenue Miami, FL 33169 | | | | | |
| | Comcast POB 34227 Seattle, WA 98124 | | | | | |
| | David Mavilla 13513 SW 63rd Lane Miami, FL 33183 | | | | | |
| | Glasslam U.S.A. 1601 Blount Road Pompano Beach, FL 33069 | | | | | |
| | Gopi Glass Sales & Service Corp. 7450 NW 41st Street Miami, FL 33166 | | | | | |
| | Instant Glass and Mirror 781 W 25th Street Hialeah, FL 33010 | | | | | |
| | Mariela Garcia 15783 SW 61st Street Miami, FL 33193 | | | | | |
| | Miami-Dade County Tax Collector 140 W. Flagler Street Miami, FL 33130-1575 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Orestes Garcia 15783 SW 61st Street Miami, FL 33193 | | | | | |
| | TruckMax 6000 NW 77th Court Miami, FL 33166 | | | | | |
| | Waste Services of Florida, Inc. 11500 43rd Street North Clearwater, FL 33762-4938 | | | | | |
| 000002 | BANCO POPULAR NORTH AMERICA | | | | | |
| 000005 | CORAL WINDOWS BAHAMAS, LTD. | | | | | |
| 000001 | JEAN FELS AND CARLOS ENRIQUEZ | | | | | |
| 000004 | TRULITE GLASS & ALUMINUM SOLUTIONS | | | | | |
| 000003 | TRULITE GLASS & ALUMINUM SOLUTIONS, | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit 8**

| Case No: | 11-43787 | LMI | Judge: LAUREL MYERSON ISICOFF |
|---|---|---|---|

Case Name:    HDO GLASS, INC.

For Period Ending:  10/28/14

Trustee Name:    MARCIA T. DUNN, TRUSTEE

Date Filed (f) or Converted (c):  12/09/11 (f)

341(a) Meeting Date:    01/18/12

Claims Bar Date:    04/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANCO POPULAR - CHECKING ACCOUNT NO. XXXXXX9140 LO | 459.41 | 309.41 | | 309.41 | FA |
| 2. CASTLEPOINT FLORIDA INSURANCE | 644.20 | 0.00 | | 0.00 | FA |
| 3. NATIONAL GROUP INSURANCE | 420.88 | 0.00 | | 0.00 | FA |
| 4. ALLIED WASTE INDUSTRIAL | 115.00 | 0.00 | | 0.00 | FA |
| 5. FLORIDA POWER AND LIGHT (ACCOUNT NO. XXXXX-X3278) | 360.00 | 0.00 | | 0.00 | FA |
| 6. FLORIDA POWER AND LIGHT (ACCOUNT NO. XXXXX-X3278) | 91.00 | 0.00 | | 0.00 | FA |
| 7. FLORIDA POWER AND LIGHT (ACCOUNT NO. XXXXX-X2274) | 360.00 | 0.00 | | 0.00 | FA |
| 8. FLORIDA POWER AND LIGHT (ACCOUNT NO. XXXXX-X2274) | 147.00 | 0.00 | | 0.00 | FA |
| 9. MIAMI DADE COUNTY - WATER AND SEWER | 178.22 | 0.00 | | 0.00 | FA |
| 10. MISCELLANEOUS ACCOUNTS RECEIVABLE EXHIBIT A IS ATT | 54,088.90 | 0.00 | OA | 0.00 | FA |
|    Notice of Abandonment, 1/15/13, ECF 35 | | | | | |
| 11. (LEASED VEHICLE) 2010 INFINITI QX56 RWD VIN:  5N3Z | 0.00 | 0.00 | OA | 0.00 | FA |
|    Notice of Abandonment, 3/28/12, CP #29 | | | | | |
| 12. (LEASED VEHICLE) 2009 MERCEDES-BENZ E-CLASS E350 V | 0.00 | 0.00 | OA | 0.00 | FA |
|    Notice of Abandonment, 3/28/12, CP #29 | | | | | |
| 13. PERFECT CUT PC | 300.00 | 0.00 | | 0.00 | FA |
|    Included in Settlement of Asset No. 30 | | | | | |
| 14. WINDOWS 2000 PROFESSIONAL WORKSTATION PC | 300.00 | 0.00 | | 0.00 | FA |
|    Included in Settlement of Asset No. 30 | | | | | |
| 15. DELL SERVER | 600.00 | 0.00 | | 0.00 | FA |
|    Included in Settlement of Asset No. 30 | | | | | |
| 16. PERFECT CUT SOFTWARE | 4,300.00 | 0.00 | | 0.00 | FA |
|    Included in Settlement of Asset No. 30 | | | | | |
| 17. QUICKBOOKS MANUFACTURERS EDITION | 150.00 | 0.00 | | 0.00 | FA |
|    Included in Settlement of Asset No. 30 | | | | | |
| 18. PERFECT CUT INTERFACE (CONNECTS PERFECT CUT TO QUI | 3,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 11-43787 | LMI | Judge: LAUREL MYERSON ISICOFF |
|---|---|---|---|
| Case Name: | HDO GLASS, INC. | | |

| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/09/11 (f) |
| 341(a) Meeting Date: | 01/18/12 |
| Claims Bar Date: | 04/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Included in Settlement of Asset No. 30 | | | | | |
| 19. LABEL GENERATOR (CONNECTS QB TO WORD FOR LABEL PRI | 1,500.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 20. SQUARE FOOTAGE CALCULATOR | 500.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 21. WINDOWS SERVER SB EDITION (INCL 5 OUTLOOK LICENSES | 500.00 | 0.00 | | 0.00 | FA |
| 22. COMCAST MODEM/ROUTER | 100.00 | 0.00 | | 0.00 | FA |
| 23. UVEKOL LINE - TILT TABLES WITH CASTERS:  2 TABLES | 4,920.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 24. UVEKOL LINE - FIX TABLES WITH CASTERS:  5 TABLES A | 7,800.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 25. UVEKOL LINE - FIX TABLES WITHOUT CASTERS:  4 TABLE | 4,560.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 26. UVEKOL LINE - 60" PRESTIK VERTICAL GLASS WASHER MO | 7,080.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 27. UVEKOL LINE - OVEN CURING CONVEYOR | 5,100.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 28. UVEKOL LINE - UVEKOL  PUMP | 6,228.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 29. UVEKOL LINE - UVEKOL CURING OVEN | 22,800.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 30. PICCOLA GLASS CUTTING TABLE MODEL L70R "ULCSA" | 31,200.00 | 42,500.00 | | 42,500.00 | FA |
| 31. GLASS RACKS:  13 AT $330.00 EACH | 4,290.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 32. FREE FALL RACKS:  4 AT $2,700.00 EACH | 10,800.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| Case No: | 11-43787 | LMI | Judge: LAUREL MYERSON ISICOFF |
| Case Name: | HDO GLASS, INC. | | |

| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/09/11 (f) |
| 341(a) Meeting Date: | 01/18/12 |
| Claims Bar Date: | 04/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Included in Settlement of Asset No. 30 | | | | | |
| 33. AIR COMPRESSOR | 2,100.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 34. CONDENSER MACHINE (AIR SYSTEM CLEANER) | 650.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 35. PALLET JACKS:  2 AT $243.00 EACH | 486.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 36. AUTOGEN WELDING (ACETILEN AND OXIGEN KIT) | 247.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 37. FORKLIFT LOCATION: TRUCKMAX, 6000 NW 77TH COURT, M | 9,000.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 38. UV METER | 900.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 39. AIR STAMPER (INCLUDING RUBBER STAMPS) | 1,500.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 40. GLASS CUTTING TOOL (TO CUT PATTERNS) | 640.58 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 41. GLASS BREAKER | 80.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 42. CIRCLE GLASS CUTTER | 150.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 43. ELECTRIC HAND SANDER | 40.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 44. CIRCULAR SANDPAPER | 50.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 45. 20 CLEAR GLASS SCRAP | 377.30 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     4

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 11-43787     LMI   Judge: LAUREL MYERSON ISICOFF | |
| Case Name: | HDO GLASS, INC. | |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/09/11 (f) |
| 341(a) Meeting Date: | 01/18/12 |
| Claims Bar Date: | 04/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Included in Settlement of Asset No. 30 | | | | | |
| 46. TAPE 60 ROLL (BUDNICK):  3 AT $9.27 EACH | 28.81 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 47. TAPE .90 ROLL (USA TAPE):  18 AT $8.67 EACH | 156.06 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 48. TAPE 120 ROLL (USA TAPE):  14 AT $7.21 EACH | 100.94 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 49. 1/8" CLEAR SHEETS 60" X 84":  4 AT $17.25 EACH | 69.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 50. 3/16" GRAY SHEET 130" X 72" | 74.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 51. UVEKOL FILTER | 11.50 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 52. GLUESTICKS:  1/2 BOX | 18.00 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 53. UVEKOL S:  46 LITERS AT $12.41 PER LITER | 570.93 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 54. RAZOR BLADES:  1 BOX | 7.99 | 0.00 | | 0.00 | FA |
| Included in Settlement of Asset No. 30 | | | | | |
| 55. Post-Petition Interest Deposits (u) | 0.00 | 2.30 | | 2.30 | FA |
| 56. Fraudulent Transfer to Mariela Garcia (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |

| | | | | |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $190,150.72 | $44,811.71 | $44,811.71 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 18.03a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     5

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-43787 | LMI | Judge: LAUREL MYERSON ISICOFF | |

Case Name:    HDO GLASS, INC.

Trustee Name:    MARCIA T. DUNN, TRUSTEE

Date Filed (f) or Converted (c):    12/09/11 (f)

341(a) Meeting Date:    01/18/12

Claims Bar Date:    04/17/12

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 19, 2011  Tabas' firm to represent the trustee; trustee to determine whether there are assets available for the benefit of creditors.

February 03, 2012 Stampler Auctions being retained to conduct auction; auction to be held on February 28, 2012.

February 28, 2012 Trustee attended auction.  Assets sold for bulk bid of $42,500.00.

July 17, 2012 Legal work is on-going to determine whether there are additional assets in this case.

November 09, 2012 Attorney for trustee sent out over thirty demand letters to recover accounts receivable; many came back "return to sender" as bad addresses or out of business, and many claimed that they were owed more money by the debtor; there remain only four potential accounts receivable which are potentially collectable (All American - $4,935, GNA Corporation - $2,686, Infinite Windows - $2,038, PK Glass Company - $3,093).  Legal work is on-going.

December 20, 2012  Discovery is on-going; trustee to detemine whether there are any preference or fraudulent transfer claims to pursue.

February 20, 2013 Trustee may pursue preference and fraudulent transfer claims against one of the principals of the business, Mariela Garcia.

July 24, 2013 Stipulation of Settlement has been executed with Mariela Garcia; Ms. Garcia to pay a lump sum of $2,000.00 to the estate by August 1, 2013 in settlement of all potential claims against her.  Trustee to file Motion to Approve.

December 27, 2013 There is no more legal work to be done in this case.  Stampler sold the debtor's equipment at an auction. Trustee's counsel conducted a preference and fraudulent transfer analysis and settled a small claim with the former principal for $2k.  Trustee abandoned the receivables after failed attempts to recover some of them (most were not actually receivables).  Trustee to review claims, prepare estate tax return, request final fee applications, and thereafter file Trustee's Final Report.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     6

Exhibit 8

Case No:          11-43787     LMI    Judge: LAUREL MYERSON ISICOFF

Case Name:       HDO GLASS, INC.

Trustee Name:              MARCIA T. DUNN, TRUSTEE

Date Filed (f) or Converted (c):   12/09/11 (f)

341(a) Meeting Date:        01/18/12

Claims Bar Date:            04/17/12

December 31, 2013 Ken Hutnick to be retained as accountant for estate to prepare tax return.  Objection to claim has
been filed.

April 10, 2014 Claims objections have been completed.  Estate tax return being prepared.  Trustee has requested Final
Fee App from professionals. Trustee to prepare and file Trustee's Final Report.

May 20, 2014  Attorney for Trustee has filed Final Fee Application.

May 29, 2014  Estate tax return has been prepared, executed and filed.

July 02, 2014  Trustee filed Trustee's Final Report.  Awaiting approval.

August 08, 2014  Fee Order entered; all funds disbursed; notice of final dividends to creditors.

Initial Projected Date of Final Report (TFR): 12/30/15          Current Projected Date of Final Report (TFR): 06/30/14

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 11-43787 -LMI |
| Case Name: | HDO GLASS, INC. |
| Taxpayer ID No: | *******6142 |
| For Period Ending: | 10/28/14 |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2017  General Account |
| Blanket Bond (per case limit): | $ 133,133,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 38,274.88 | | 38,274.88 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 38,259.88 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 47.06 | 38,212.82 |
| 12/28/12 | | MARCIA T. DUNN, TRUSTEE 555 N.E. 15 STREET SUITE 7712 MIAMI, FL 33132 | FUNDS TRANSFERRED FROM BOA GENERAL ACCOUNT. | 9999-000 | 126.00 | | 38,338.82 |
| 01/03/13 | 010001 | INTEGRITY SERVICES USA 12241 SOUTH DIXIE HWY PINECREST, FL 33156 | LOCKSMITH SERVICES INVOICE NO. 51619 | 2420-000 | | 126.00 | 38,212.82 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 48.60 | 38,164.22 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 48.71 | 38,115.51 |
| 03/01/13 | 010002 | TABAS FREEDMAN SOLOFF BROWN & RIGALI, PA One Flagler Building 14 N.E. 1st Avenue Penthouse Miami, Florida 33132 | ORDER APPROVING FIRST INTERIM APP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, 2/28/13, ECF 37 | 3210-000 | | 8,962.00 | 29,153.51 |
| 03/01/13 | 010003 | TABAS FREEDMAN SOLOFF BROWN & RIGALI, | ORDER APPROVING FIRST INTERIM APP | 3220-000 | | 17.10 | 29,136.41 |

| Page Subtotals | 38,400.88 | 9,264.47 |
|---|---|---|

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 18.03a

**FORM 2**

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 11-43787 -LMI |
| Case Name: | HDO GLASS, INC. |
| Taxpayer ID No: | *******6142 |
| For Period Ending: | 10/28/14 |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2017  General Account |
| Blanket Bond (per case limit): | $ 133,133,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PA<br>One Flagler Building<br>14 N.E. 1st Avenue<br>Penthouse<br>Miami, Florida 33132 | FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, 2/28/13, ECF 37 | | | | |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.22 | 29,085.19 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.30 | 29,038.89 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.82 | 28,997.07 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.15 | 28,953.92 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.70 | 28,912.22 |
| 07/31/13 | 56 | SPACE COAST CREDIT UNION | ORDER GRANTING MOTION TO Compromise Controversy with Mariela Garcia, 9/4/13, ECF 41 | 1241-000 | 2,000.00 | | 30,912.22 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.02 | 30,869.20 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.93 | 30,823.27 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.39 | 30,778.88 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.80 | 30,733.08 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 44.26 | 30,688.82 |

Page Subtotals        2,000.00        447.59

Ver: 18.03a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 11-43787 -LMI | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | HDO GLASS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2017  General Account |
| Taxpayer ID No: | *******6142 | | |
| For Period Ending: | 10/28/14 | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.67 | 30,643.15 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.60 | 30,597.55 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.13 | 30,556.42 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.46 | 30,510.96 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.94 | 30,467.02 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.34 | 30,421.68 |
| 08/08/14 | 010004 | MARCIA T. DUNN, TRUSTEE 555 N.E. 15 Street Suite 934-A MIAMI, FL  33132 | ORDER ALLOWING FEES 8/7/14, ECF 56 | 2100-000 | | 5,231.17 | 25,190.51 |
| 08/08/14 | 010005 | MARCIA T. DUNN, TRUSTEE 555 N.E. 15 Street Suite 934-A MIAMI, FL  33132 | ORDER ALLOWING FEES 8/7/14, ECF 56 | 2200-000 | | 137.71 | 25,052.80 |
| 08/08/14 | 010006 | TABAS, FREEDMAN et al 14 NE 1st AVENUE, PH MIAMI, FL 33132 | Order Allowing Fees 8/7/14, ECF 56 | 3210-000 | | 6,240.50 | 18,812.30 |
| 08/08/14 | 010007 | TABAS, FREEDMAN et al 14 NE 1st AVENUE, PH | Order Allowing Fees 8/7/14, ECF 56 | 3220-000 | | 60.15 | 18,752.15 |

Page Subtotals      0.00      11,936.67

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-43787 -LMI |
| Case Name: | HDO GLASS, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******6142 |
| For Period Ending: | 10/28/14 |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2017 General Account |
| | |
| Blanket Bond (per case limit): | $ 133,133,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MIAMI, FL 33132 | | | | | |
| 08/08/14 | 010008 | KENNETH  P. HUTNICK<br>300 DIPLOMAT PARKWAY<br>SUITE 808<br>HALLANDALE BEACH, FL 33009 | Order Allowing Fees<br>8/7/14, ECF 56 | 3410-000 | | 3,900.00 | 14,852.15 |
| 08/08/14 | 010009 | KENNETH  P. HUTNICK<br>300 DIPLOMAT PARKWAY<br>SUITE 808<br>HALLANDALE BEACH, FL 33009 | Order Allowing Fees<br>8/7/14, ECF 56 | 3420-000 | | 26.90 | 14,825.25 |
| 08/08/14 | 010010 | Jean Fels and Carlos Enriquez<br>8800 SW 19th Street<br>Miami, FL 33165 | Order Allowing Fees<br>8/7/14, ECF 56 | 7100-000 | | 2,917.86 | 11,907.39 |
| 08/08/14 | 010011 | Banco Popular North America<br>c/o Arthur B Adler & Associates<br>25 E Washington St #1221<br>Chicago IL 60602 | Order Allowing Fees<br>8/7/14, ECF 56 | 7100-000 | | 1,026.79 | 10,880.60 |
| 08/08/14 | 010012 | Trulite Glass & Aluminum Solutions, LLC<br>800 Fairway Drive, Suite 200<br>Deerfield Beach, FL 33441 | Order Allowing Fees<br>8/7/14, ECF 56 | 7100-000 | | 310.90 | 10,569.70 |
| 08/08/14 | 010013 | Coral Windows Bahamas, Ltd.<br>c/o Fowler White Burnett, P.A.<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue | Order Allowing Fees<br>8/7/14, ECF 56 | 7100-000 | | 10,569.70 | 0.00 |
| | | | | Page Subtotals | 0.00 | 18,752.15 | |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 11-43787 -LMI | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | HDO GLASS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2017 General Account |
| Taxpayer ID No: | *******6142 | | |
| For Period Ending: | 10/28/14 | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL 33131 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 40,400.88 | 40,400.88 | 0.00 |
| | Less: Bank Transfers/CD's | | 38,400.88 | 0.00 | |
| | Subtotal | | 2,000.00 | 40,400.88 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 2,000.00 | 40,400.88 | |

Page Subtotals          0.00          0.00

Ver: 18.03a

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-43787 -LMI | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
|---|---|---|---|
| Case Name: | HDO GLASS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8163  Money Market Account |
| Taxpayer ID No: | *******6142 | | |
| For Period Ending: | 10/28/14 | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/23/12 | 1 | BANCO POPULAR | DEMAND LETTER TO CLOSE BANK ACCT AT BANCO POPULAR | 1129-000 | 309.41 | | 309.41 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.37 | 309.04 |
| 03/21/12 | 30 | STAMPLER AUCTIONS | Report of Auction, 3/19/12, CP# 28 | 1129-000 | 42,500.00 | | 42,809.04 |
| 03/30/12 | 55 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 42,809.10 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.35 | 42,801.75 |
| 04/12/12 | | Transfer to Acct #*******3984 | Bank Funds Transfer | 9999-000 | | 4,072.30 | 38,729.45 |
| 04/30/12 | 55 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,729.78 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 51.21 | 38,678.57 |
| 05/31/12 | 55 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,678.90 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 49.14 | 38,629.76 |
| 06/29/12 | 55 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.32 | | 38,630.08 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 45.91 | 38,584.17 |
| 07/31/12 | 55 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,584.50 |

Page Subtotals    42,810.78    4,226.28

Ver: 18.03a

FORM 2

Page:    7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

Case No:          11-43787 -LMI
Case Name:        HDO GLASS, INC.

Taxpayer ID No:   *******6142
For Period Ending: 10/28/14

Trustee Name:              MARCIA T. DUNN, TRUSTEE
Bank Name:                 BANK OF AMERICA
Account Number / CD #:     *******8163  Money Market Account

Blanket Bond (per case limit):   $ 133,133,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 50.60 | 38,533.90 |
| 08/09/12 | | Transfer to Acct #*******3984 | Bank Funds Transfer | 9999-000 | | 126.00 | 38,407.90 |
| 08/31/12 | 55 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 38,408.23 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.84 | 38,359.39 |
| 09/24/12 | | Transfer to Acct #*******3984 | TRANSFER TO WRITE CHECKS | 9999-000 | | 0.12 | 38,359.27 |
| 09/28/12 | 55 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.31 | | 38,359.58 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 44.02 | 38,315.56 |
| 10/09/12 | | Transfer to Acct #*******3984 | TRANSFER TO WRITE CHECKS | 9999-000 | | 0.14 | 38,315.42 |
| 10/29/12 | 55 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.29 | | 38,315.71 |
| 10/29/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 40.83 | 38,274.88 |
| 10/29/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 38,274.88 | 0.00 |

Page Subtotals                    0.93          38,585.43

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-43787 -LMI | Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Case Name: | HDO GLASS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8163  Money Market Account |
| Taxpayer ID No: | *******6142 | | |
| For Period Ending: | 10/28/14 | Blanket Bond (per case limit): | $ 133,133,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 42,811.71 | 42,811.71 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 42,473.44 | |
| | | | Subtotal | | 42,811.71 | 338.27 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 42,811.71 | 338.27 | |

Page Subtotals                0.00                0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

**FORM 2**

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 11-43787 -LMI |
| Case Name: | HDO GLASS, INC. |
| Taxpayer ID No: | *******6142 |
| For Period Ending: | 10/28/14 |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3984  General Account |
| Blanket Bond (per case limit): | $ 133,133,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/12/12 | | Transfer from Acct #*******8163 | Bank Funds Transfer | 9999-000 | 4,072.30 | | 4,072.30 |
| 04/12/12 | 001001 | STAMPLER AUCTIONS, INC. 1914 Tigertail Blvd Building 11 Dania, FL 33004 | ORDER GRANTING EMPLOYMENT AND PAYMENT TO AUCTIONEER 2/21/12, CP26 | 3620-000 | | 4,072.30 | 0.00 |
| 08/09/12 | | Transfer from Acct #*******8163 | Bank Funds Transfer | 9999-000 | 126.00 | | 126.00 |
| * 08/09/12 | 001002 | Integrity Locksmith Services 6800 SW 40 St, #637 Miami, FL 33155 | LOCKSMITH SERVICES INVOICE #51619 | 2420-003 | | 126.00 | 0.00 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.12 | -0.12 |
| 09/24/12 | | Transfer from Acct #*******8163 | TRANSFER TO WRITE CHECKS | 9999-000 | 0.12 | | 0.00 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 0.14 | -0.14 |
| 10/09/12 | | Transfer from Acct #*******8163 | TRANSFER TO WRITE CHECKS | 9999-000 | 0.14 | | 0.00 |
| * 11/30/12 | 001002 | Integrity Locksmith Services 6800 SW 40 St, #637 Miami, FL 33155 | LOCKSMITH SERVICES check was never cashed and is now stale. BOA was contacted to issue a stop payment. Received confirmation that the stop payment was placed. | 2420-003 | | -126.00 | 126.00 |
| 12/27/12 | 001003 | Marcia T. Dunn, Trustee | FUNDS TO BE DEPOSITED INTO THE | 9999-000 | | 126.00 | 0.00 |

Page Subtotals       4,198.56       4,198.56

**FORM 2**

Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 11-43787  -LMI | |
| Case Name: | HDO GLASS, INC. | |

| | |
|---|---|
| Trustee Name: | MARCIA T. DUNN, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3984  General Account |

| | |
|---|---|
| Taxpayer ID No: | *******6142 |
| For Period Ending: | 10/28/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 133,133,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o HDO Glass, Inc.<br>555 NE 15th Street, #7712<br>Miami, FL 33132 | GENERAL ACCOUNT IN UNION BANK | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 4,198.56 | 4,198.56 | 0.00 |
| Less:  Bank Transfers/CD's | | 4,198.56 | 126.00 | |
| Subtotal | | 0.00 | 4,072.56 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 4,072.56 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| General Account - *******2017 | 2,000.00 | 40,400.88 | 0.00 |
| Money Market Account - ********8163 | 42,811.71 | 338.27 | 0.00 |
| General Account - ********3984 | 0.00 | 4,072.56 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 44,811.71 | 44,811.71 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*