CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on January 12, 2015

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 11−43787−LMI**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

HDO Glass, Inc.
2351 NW 97th Avenue
Doral, FL 33172−2309

EIN: 20−3536142

## FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.